# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BEVERLY K. BROXTERMAN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FALLEY'S INC., )<br>)<br>Defendant. )<br>) | Case No. 07-2439-JWL |

## ORDER

This matter is before the court upon the parties' Joint Motion for Release of KHRC Records (Doc. 17).  The present motion asks the court to order the Kansas Human Rights Commission ("KHRC") to release its investigative files and related documents related to Plaintiff Beverly K. Broxterman's complaint against defendant. As the motion is uncontested, the court believes the motion should be granted.

Therefore, the court finds that the documents the parties seek appear to be relevant and discoverable and will grant the joint motion requesting production, with minor modifications to conform to the court's standard procedure.

**IT IS HEREBY ORDERED** that parties' Joint Motion for Release of KHRC Records (Doc. 17) is  hereby granted, with modifications as set forth hereinafter.

**IT IS FURTHER ORDERED** that the KHRC shall produce to any party to this action, or any attorney representing such a party, a copy of its investigative file(s) pertaining to charges filed by plaintiff Beverly K. Broxterman's complaint with the KHRC, except such portions thereof which may be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff.  The KHRC is  ordered to allow copies of the same to be made at the expense of the party receiving such production.  Should the KHRC consider that any items are of

a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff, copies of such items shall be forwarded to the undersigned judge for in camera inspection within 15 days of the date of this order.  A brief summary of the documents submitted to the court shall be served on all parties in this case.

        IT IS SO ORDERED.

        Dated this 29th  day of February, 2007, at Topeka, Kansas.


                                     s/ K. Gary Sebelius  
                                     K. Gary Sebelius  
                                     U.S. Magistrate Judge


cc:   All counsel, KHRC